UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TYREL HENDERSON,

                Plaintiff,

                JUDGMENT
                17-CV-85 (ENV) (LB)

          v.

SUPERVISOR KEYS, SUPERVISOR PATTERSON,
AND DOE FUND,

                Defendants.
------------------------------------------------------------ X

        An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on August 8, 2018, dismissing the complaint without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B); certifying pursuant to 28 U.S.C. § 1915(a)(3), that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of any appeal, *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

        ORDERED and ADJUDGED that pursuant to 28 U.S.C. § 1915(e)(2)(B), the complaint is hereby dismissed without prejudice; that pursuant to 28 U.S.C. § 1915(a)(3), that any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, NY
August 9, 2018

                                              Douglas C. Palmer
                                              Clerk of Court

                                  By:   */s/Jalitza Poveda*
                                          Deputy Clerk